## City of Chicago, Appellee, v. Abe Krisolofsky, Appellant.

### Gen. No. 24,321.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRANK
H. GRAHAM, Judge, presiding.    Heard in this court at the March
term, 1918.    Affirmed.    Opinion filed March 25, 1918.

### Statement of the Case.

Prosecution by the City of Chicago, plaintiff,
against Abe Krisolofsky, defendant, for violation of
a city ordinance.   Defendant, appellant, failed to file
the record at the proper term.   Appellee docketed
the cause, filed a short record and moved to affirm the
judgment of the trial court.

Judgment affirmed for reasons given in *City of Chicago v. Salmitsky, ante,* p. 159.

No appearance for appellant.

HARRY B. MILLER and DANIEL WEBSTER, for appellee.

MR. PRESIDING JUSTICE HOLDOM delivered the opinion
of the court.